1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MHER SEUKUNIAN, an individual<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, POLICE CHIEF CHARLIE BECK, OFFICER JOSE LOPEZ, OFFICER JEREMY MCCANN and 10 UNKNOWN NAMED EMPLOYEES OFTHE CITY OF LOS ANGELES,<br><br>Defendants. | CASE NO.: 2:13-cv-02091-JAK-JEM<br><br>[~~PROPOSED~~] **PROTECTIVE ORDER** |

1  The parties having so stipulated, and good cause appearing, the Joint Stipulation for
2  Protective Order protecting Plaintiff's medical records filed by the parties is hereby
3  granted.

4

5  IT IS SO ORDERED.

6  DATED: November 13, 2013                    _____
7                                              Honorable John E. McDermott
                                               U.S. Magistrate Judge
8