1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MHER SEUKUNIAN, an individual<br><br>                    Plaintiff,<br><br>        v.<br><br>CITY OF LOS ANGELES, POLICE<br>CHIEF CHARLIE BECK, OFFICER<br>JOSE LOPEZ, OFFICER JEREMY<br>MCCANN and 10 UNKNOWN<br>NAMED EMPLOYEES OFTHE<br>CITY OF LOS ANGELES,<br><br>                    Defendants. | CASE NO.: 2:13-cv-02091-JAK-JEM<br><br>~~[PROPOSED]~~ **MODIFIED<br>PROTECTIVE ORDER** |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The parties having so stipulated, and good cause appearing, the Modified Joint Stipulation for Protective Order adding documents to be produced by Defendant City of Los Angeles is hereby granted.

IT IS SO ORDERED.

DATED:   December 9, 2013_____

Honorable John E. McDermott
U.S. Magistrate Judge