# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MHER SEUKUNIAN, <br><br> PLAINTIFF(S) | **CASE NUMBER** <br><br> LA CV13-02091 JAK (JEMx) |
| v. <br><br> CITY OF LOS ANGELES, <br><br> DEFENDANT(S). | **JUDGMENT ON THE VERDICT FOR DEFENDANTS** <br> JS-6 |

This action having been tried before the Court sitting with a jury, the Honorable John A. Kronstadt, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff Mher Seukunian take nothing; that the action be dismissed on the merits; and that the defendants recover of the plaintiff its costs of action, taxed in the sum to be determined upon the filing and approval of an appropriate application.

Clerk, U. S. District Court

Dated: February 13, 2015

By _____

Andrea Keifer, Deputy Clerk

cc:   Counsel of record